UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------------------------------------x

**UNITED STATES OF AMERICA**　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　**Criminal No. PJM-10-0295**
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　**v.**　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
**NADER MODANLO,**　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　**Defendant.**　:

-------------------------------------------------------------x

## NOTICE OF APPEAL

　　　Notice is hereby given that Nader Modanlo, the defendant in the above-captioned Action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Judgment, entered December 30, 2013 (Docket No. 503), Order of Forfeiture, entered December 23, 2013 (Docket No. 498), Order, entered December 6, 2013 (Docket No. 494), denying Mr. Modanlo's Motion for Judgment of Acquittal, or in the alternative, for a New Trial, and all other adverse rulings, Orders, and Judgments in the above-captioned Action.


Dated:　New York, New York
　　　　January 13, 2014

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:  /s/Mark A. Berube
　　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Berube

　　　　　　　　　　　　　　　　　　　　　　Mishcon De Reya New York LLP
　　　　　　　　　　　　　　　　　　　　　　750 Seventh Avenue, Floor 26
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 612-3270
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 612-3297
　　　　　　　　　　　　　　　　　　　　　　mark.berube@mishcon.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Nader Modanlo*